UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                     Criminal No. 00-CR-50054

vs.                                               HON. BERNARD A. FRIEDMAN

JAMES DWIGHT LEWIS,

       Defendant.
_____/

**ORDER TRANSFERRING DEFENDANT'S "MOTION TO VACATE JUDGMENT IN THE NATURE OF AUDITA QUERELA PURSUANT TO TITLE 28 U.S.C. § 1651(a)" TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

        Defendant has filed a "motion to vacate judgment in the nature of audita querela pursuant to Title 28 U.S.C. § 1651(a)" [docket entry 230]. Defendant argues that his sentence is unconstitutional and should not be enforced. This motion appears to be a second or successive 28 U.S.C. § 2255 motion, the first such motion having been filed on July 20, 2004 [docket entry 144]. A second or successive § 2255 motion "must be certified as provided in section 2244 by a panel of the appropriate court of appeals . . . ." Section 2255. When, as in this case, a second or successive § 2255 motion is filed without the required certification, the district court is required to transfer the motion to the court of appeals. *See In re Hanserd*, 123 F.3d 922, 934 (6th Cir.1997). Accordingly,

        IT IS ORDERED that defendant's "motion to vacate judgment in the nature of audita querela pursuant to Title 28 U.S.C. § 1651(a)" [docket entry 230] is hereby transferred to the United States Court of Appeals for the Sixth Circuit.


Dated: August 4, 2011                            s/Bernard A. Friedman
                                                        BERNARD A. FRIEDMAN
                                                        SENIOR UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to

James Dwight Lewis
28192-039
MCKEAN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 8000
BRADFORD, PA 16701

and the attorneys of record on August 4, 2011.

              s/Michael Williams
              Relief Case Manager