UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff/Respondent,               Cr. No. 00-50054
                                                          Hon. Bernard A. Friedman

       v.

JAMES D. LEWIS,

       Defendant/Petitioner.

## INDEX OF EXHIBITS

Exhibit A…………………………..CDC, Pandemic Response Report, July 2020